IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK J. BLOODWORTH,

    Plaintiff,                    No. CIV-S-09-3351 WBS CKD P

    vs.

M. HAMILTON, et al.,

    Defendants.               ORDER

_____/

        On July 22, 2011, defendant Hamilton filed a motion to dismiss.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion to dismiss or a statement of non-opposition.  Failure to comply with this order will result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

Dated: August 31, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bloo3351.46